AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Reco Lamont Miller, #310609, aka Reco Miller, #310609 <br> *Plaintiff* <br> v. <br> South Carolina Department of Corrections, Evans Correctional Institution, Warden Stonebreaker, Warden Willie and Mr. Ocean <br> *Defendant* | ) ) ) ) ) ) Civil Action No.  4:18-cv-2135-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge.

Date:  September 11, 2018                                       *CLERK OF COURT*

                                                                s/Debbie Stokes
                                                                _____
                                                                *Signature of Clerk or Deputy Clerk*